■     CHARLES PRYLES, Appellant, v STATE OF NEW YORK et al., Respondents. (Claim No. 57709.)—Judgment, Court of Claims, entered May 22, 1975, affirmed, without costs, on the opinion of Rossetti, J. Greenblott, J. P., Sweeney, Kane, Main and Reynolds, JJ., concur. [86 Misc 2d 205.]